UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.3:17CV-432-DJH |
| ) | |
| **RUSTY THOMAS, JAMES SODERNA,** ) | |
| **THOMAS RADDELL, DAVID GRAVES,** ) | |
| **LAURA BUCK, CHRIS KEYS,** ) | |
| **JAMES ZASTROW, EVA EDL,** ) | |
| **EVA ZASTROW, and DENNIS GREEN,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**DEFENDANTS THOMAS, EDL AND SODERNA'S
MOTION TO RECUSE
JUDGE DAVID HALE**

Defendants, Rusty Thomas, Eva Edl and James Soderna, by Counsel, move the Honorable David J. Hale to recuse himself from this matter in order to prevent the appearance of bias and impropriety and to preserve respect for the federal judiciary.  As grounds for the is motion, movants, by counsel, assert that Judge Hale is newly appointed to the bench having been employed by the Plaintiff and more specifically by the Plaintiff's Counsel, the office of the United States Attorney, for more than eight (8) years.

The Honorable Judge Hale served as an Assistant United States Attorney for the Western District of Kentucky from 1995 to 1999.   On January 20, 2010, President Obama nominated Hale to serve as the United States Attorney for the Western District of Kentucky.   He served in that capacity until 2014, when President Obama then nominated Hale to serve as a United States District Judge.

On April 5, 1973, The Code of Conduct for United States Judges was initially adopted by the Judicial Conference on April 5, 1973.  Inter alia, it provides:

> **Canon 2: A Judge Should Avoid Impropriety and the Appearance of Impropriety in all Activities**   (A) Respect for Law. A judge should respect and comply with the law and should act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary.

The appearance of impartiality and fairness demand that the Court not proceed under this appearance.   The commentary by the Committee on Code of Conduct adds:

> "Deference to the judgments and rulings of courts depends on public confidence in the integrity and independence of judges. The integrity and independence of judges depend in turn on their acting without fear or favor. Although judges should be independent, they must comply with the law and should comply with this Code. Adherence to this responsibility helps to maintain public confidence in the impartiality of the judiciary."

This could not be more important that in this case.  Abortion is a dramatic and serious public issue in the United States and in the Western District of Kentucky at Louisville.  EMW has been in the national news repeatedly as has the situation of sidewalk counselors at the center.  The eyes of the nation will for a time be focused in our direction.  The Obama administration was the most highly partisan and staunch administration in history in its advocacy for abortion and its activism against pro-life protest having instituted many, many suits against pro-lifers under FACE.

While Judge Hale is of impeccable reputation, this matter is highly contentious and pits the United States Department of Justice against a whole segment of the community.  The risk of the appearance of bias is so serious that a fair hearing and fair proceedings cannot reasonably be had, and the any other judge in the district could easily take over the case and avoid the appearance of impropriety.  It is impossible for Judge Hale to hear this case without the public assuming a bias is this major, national issue.  Any other judge in the district would not have that same infirmity.

Wherefore Defendants Thomas, Edl and Soderna move the court to recuse itself and continue the matter to allow the assignment of another judge.

Respectfully Submitted,

/s  Vincent F. Heuser, Jr.
_____
Vincent F. Heuser, Jr.,Attorney
Hirsh and Heuser Attorneys
3600 Goldsmith Lane
Louisville, KY  40220
(502) 458-5879
Counsel for Rusty Thomas, Eva Edl,
and James Soderna

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July, 2017, a true and correct copy of the foregoing was served upon the parties by electronically mail or by delivering a true copy thereof to the United States Postal Service, first class postage prepaid, addressed to:

[ √ ]  Jessica Malloy, AUSA, WDKY, 717 W Broadway, Louisville, KY  40202, jessica.malloy@usdoj.gov.
[ √ ]  Chris Keys   16700 Kuykendahl, #602   Houston, TX 77068
[ √ ]  David Graves   3525 174th Place NE   Arlington, WA 98223
[ √ ]  Dennis Green   868 Stonypoint Road   Cumberland, VA 23040
[ √ ]  Eva Zastrow   540 Hurley Road   Dover, AR 72837
[ √ ]  James Zastrow   25552 S. 2225 Road   Milo, MO 64767
[ √ ]  Laura Buck   16741 County Road 46   New Paris, IN 46553
[ √ ]  Thomas Raddell   134 East 212st Street   Euclid, OH 4412

/s  Vincent F. Heuser, Jr.
_____
Vincent F. Heuser, Jr.