UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| PLAINTIFF,    ) | |
| ) | |
| v.    ) | Civil Action NO. 3:17CV-432-DJH |
| ) | |
| RUSTY THOMAS, et al.,    ) | |
| DEFENDANTS.    ) | |

ENTRY OF APPEARANCE FOR DEFENDANT THOMAS RADDELL

COMES NOW, Michael R. Hirsh, Attorney at Law, and files this **ENTRY OF APPEARANCE** for Defendant Thomas Raddell.

Respectfully submitted this 1st Day of August, 2017.

**AMERICAN  CATHOLIC LAWYERS ASSOCIATION**

*/s/ Michael R. Hirsh*
_____
Michael R. Hirsh, KY Bar Number 85685
**Hirsh & Heuser, LLC**
125 Town Park Drive
Suite 300
Kennesaw, GA  30144
404-713-4400
mrhirsh@hirshandheuser.com
*Counsel for Defendant Thomas Raddell*